UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JAY BRADER, | Civil No. 3:09-CV-5698-RBL-KLS |
| Plaintiff, | |
| v. | ORDER OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the ALJ will further evaluate the medical evidence sent to the Appeals Council.  With respect Plaintiff's depression, the ALJ will document his findings on the "B" criteria pursuant to

20 C.F.R. § 416.920a.  Plaintiff will be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 14th day of April, 2010.

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented By:

s/ Stephanie R. Martz
STEPHANIE R. MARTZ    WSB #28636
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2272
FAX:  (206) 615-2531
stephanie.martz@ssa.gov